AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**
**McALLEN DIVISION**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Nexar Lopez-Nava | |
| | Case Number: M-18-2349-M |

IAE    YOB: 1995
Mexico
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
NOV 13 2018
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 11, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Nexar Lopez-Nava was encountered by Border Patrol Agents near Mission, Texas on November 12, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 11, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 07, 2018, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 2, 2018, the Defendant was convicted of 8 USC 1326 Being found in the United States after previous deportation and was sentenced to three (3) months and fifteen (15) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Claudia Garcia    Senior Patrol Agent

Sworn to before me and subscribed in my presence,
**November 13, 2018**

Scott J. Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer